AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Western District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>KERRY OWEN PARKS | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.   3:20CR30005-001<br>USM No.   15718-010<br><br>_____ Joe Alfaro _____<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations: No.(s) 1, 2, 3, 4, 5, 6, and 7.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | December 13, 2023 |
| 2 | Standard Condition No. 8: Association Restrictions | December 11, 2023 |
| 3 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | December 14, 2023 |
| 4 | Special Condition No. 1: Failure to Report for Drug Testing | December 19, 2023 |
| 5 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | December 20, 2023 |
| 6 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | January 2, 2024 |
| 7 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | February 13, 2024 |

The defendant is sentenced as provided on page __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   5624

Defendant's Year of Birth:   1969

City and State of Defendant's Residence:
Berryville, Arkansas

April 26, 2024
Date of Imposition of Judgment

_/s/ Timothy L. Brooks_
Signature of Judge

Honorable Timothy L. Brooks, U.S. District Judge
Name and Title of Judge

May 3, 2024
Date

AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: KERRY OWEN PARKS
CASE NUMBER: 3:20CR30005-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **twelve (12) months with credit for time served since March 18, 2024. There is no term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:
**That the defendant be permitted to participate in substance abuse treatment, mental health treatment, and GED programming. The defendant shall complete the last six (6) months of his imprisonment in a Residential Reentry Center.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 1 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL